IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal Action No. 06-815 (FSH) |
| v. : | **ORDER** |
| JASTIN SABIMANA, : | |
| Defendant. : | |

This matter having come before the Court on Jastin Sabimana's "Petition for Post Conviction Collateral Relief;" and the Court finding that Sabimana is attempting to a file a Motion to vacate, set aside or modify his sentence pursuant to 28 U.S.C. § 2255,

IT IS on this $2^{1st}$ day of November, 2008,

ORDERED that the Clerk of the Court file document # 25 as a new action pursuant to 28 U.S.C. §2255.

/s/ **Faith S. Hochberg**
Honorable Faith S. Hochberg, U.S.D.J.