PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Sabimana Jastin                                   Cr.: 06-00815-001
                                                                    PACTS Number: 44868

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: 9/6/2007

Original Offense: Conspiracy to Commit Mail Fraud

Original Sentence: 38 months incarceration followed by a term of supervised release of 3 years. $100 special assessment. $27,000 restitution. Special Conditions: 1) Full financial disclosure; 2) Cooperate with Immigration and Customs Enforcement; 3) No new debt or additional lines of credit; 4) DNA collection

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/24/09

### PETITIONING THE COURT

[ ]   To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall satisfy the amount due in monthly installments of no less than $10.

### CAUSE

After discussion with the offender concerning his current monthly cash flow, the offender expressed an ability to make payments of $10 monthly towards the outstanding restitution obligation

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 06/02/10

---

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[X] Other

*The Defendant shall make payments of $100.00 monthly towards the outstanding restitution obligation. The Defendant shall seek more hours at the retail store and/or new employment. Probation shall monitor all work progress. SO ORDERED.*

Signature of Judicial Officer
6/25/10
Date

PROB 49B

# UNITED STATES DISTRICT COURT

## Middle District of Pennsylvania

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

> The special condition requiring that the defendant shall satisfy the restitution due in minimum monthly payments of no less than $250 is modified to require minimum monthly payments of no less than $10 until such time as Mr. Jastin's financial condition improves.

Witness: _____  Signed: _____SABIMANA JASTIN_____
         Probation Officer                  Probationer or Supervised Releasee

Date: 5/13/10                        Date: 5-13-10